**RECEIVED**
**MAR 18 2024**
**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Vincel Chambers 150286 et al )
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )
)
v. )
)
St. Louis County )
21 Judicial Circuit Court )
Wesley Bell )
)
*(Write the full name of each defendant. The caption* )
*must include the names of all of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[X] Yes    [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

NOTICE:

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.

# 1. Parties to this complaint

A. The Plaintiff / Registration #

2. Taiwansley Jackson # 61383
3. Steven Davis # 149083
4. Andrew Lavnick # 244333
5. Clifton Davis # 152816
6. Michael Dearing # 243530
7. Joeron Mottley # 240878
8. Michael Williams Jr # 149866
9. Jameal Spencer # 246707
10. Justin Davis # 181730
11. Michael Brown # 235442
12. Tieruse V. Cox # 91005
13. Evan Marino # 211406
14. Michael Prewitt Jr. # 239196
15. Alphonso Hopgood # 241467
16. Jesse Vaughn # 74026
17. Marvin Warker # 240503
18. Ahmedin Bektic # 238235
19. Travaye Gaines # 246344
20. Marshawn Brinkley # 244552
21. Davion Jennings # 238128
22. Antwan Drake # 235878
23. Joshua Christie # 127870
24. Melah Maipandi # 238301
25. Aaron Blake # 246917

TURN OVER ⟶

26. Tyron Harris #246627
27. Avery McCoy #52866
28. Tyler Coleman #247345
29. Aden Sims #245460

☑ Pretrial Detainee (All Parties)
Current Institution:
   St. Louis County Jail (ALL Parties)

## I. The Parties to this Complaint

### A. The Plaintiff

Name: **Vincel K Chambers**

Other names you have used: **Yah'King**

Prisoner Registration Number: **150286**

Current Institution: **ST. Louis County Jail**

Indicate your prisoner status:

[X] Pretrial detainee  [ ] Convicted and sentenced state prisoner
[ ] Civilly committed detainee  [ ] Convicted and sentenced federal prisoner
[ ] Immigration detainee  [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: **St. Louis County**

Job or Title: _____

Badge/Shield Number: _____

Employer: **Missouri**

Address: _____

   _X_ Individual Capacity     _X_ Official Capacity

2

Defendant 3

Wesley Bell
Lead prosecuting attorney

Employer ST. Louis County,
100 S. Central Ave
☒ Individual   ☒ Official Capacity

**Defendant 2**

Name: 21 Judicial Circuit Court

Job or Title: _____

Badge/Shield Number: _____

Employer: ST Louis County

Address: 100 S. Central Ave 2FL

☒ Individual Capacity   ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

St. Louis County, 21 Judicial Circuit Court and St. Louis County Jail. Excessive Bail in violation of our constitutional right to fair and reasonable bail. This as caused emotional distress, financial loss pain and suffering. This is cruel and unusual punishment. Our Bonds are in the range of 100,000 to NO Bond for over long period of time ex 2 years.

When a person is arrested in the County of St. Louis a bond commissioner employed by the county makes a recommendation to a duty judge to set bond to secure the arrestee's court appearance. In formulating the recommendation they consider the charges and any prior convictions but does not inquire into the arrestee's ability to pay, risk of flight, or danger to the public. The duty judge then sets bond on the commissioner recommendation. If an arrestee can afford to pay the cash bond in full, then the County will release upon payment. If not they remain detained. The judges bail setting practices remain constitutionally inadequate in that the judges fail to consider and arrestee's financial circumstances or make specific finding as to alternative release conditions.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Inhumane jail conditions
- Genuine privations and hardships over an extended period of time
- emotional distress
- financial loss
- pain and suffering

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

- To be released on personal recognizance
- Bail Reform
- 15,000,000 for all Damages

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   [X] Yes   [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

**St. Louis County Jail**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   [X] Yes   [ ] No   [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

   [ ] Yes   [X] No   [ ] Do not know

5

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes        ☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes        ☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

N/A

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

N/A

6

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes    ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes    ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff _____

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number _____

4. Name of Judge assigned to your case _____

8

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

   ☐ Yes

   ☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)


C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff _____

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)




3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of March, 2024

Signature of Plaintiff _____